The First National Bank of Chicago, appellant, v. Harry S. Lorch et al., appellees. Gen. No. 38,295.

Opinion filed February 11, 1936.

Packard, Barnes, McCaughey & Schumacher, for appellant; George Packard, of counsel. Blech, Herson & Gordon, for appellees.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Frank M. McCarthy Coal Company, appellee, v. Eagle Indemnity Company, appellant. Gen. No. 38,332.

Opinion filed February 11, 1936.

K. A. Wilber and A. D. Weaver, for appellant. Weinberg, Kjellander, O'Farrell & Ames, for appellee; Harold R. Kjellander, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

C. J. Strehlow, appellee, v. Western Union Telegraph Company, appellant. Gen. No. 38,353.

Opinion filed February 11, 1936. Rehearing denied February 24, 1936.

West & Eckhart and Francis R. Stark, for appellant; Paul Hassell and Owen A. West, of counsel. John S. Flannery, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Robert Vernon Jones and Elsie Brown Jones, appellees, v. State Bank of Chicago, appellant. Gen. No. 38,185.

Opinion filed February 11, 1936.

D'Ancona, Pflaum & Kohlsaat, for appellant; Donald H. Mann and Colbert EtsHokin, of counsel. Stearns & Jones, for appellees.

Mr. Justice Friend delivered the opinion of the court.